UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**KEIWON SWAYZER, SR.,**                                            **CIVIL ACTION**
**individually and as representative**
**of KEIWON SWAYZER, JR.**

**VERSUS**                                                          **NO. 19-756-SDD-SDJ**

**JOHN DAVID WHITE, et al.**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on July 9, 2021.

*/s/ Scott D. Johnson*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEIWON SWAYZER, SR.,**<br>**individually and as representative**<br>**of KEIWON SWAYZER, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-756-SDD-SDJ** |
| **JOHN DAVID WHITE, et al.** | |

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is a Joint Motion to Remand (R. Doc. 24) filed by all parties on July 7, 2021. This case was removed by Defendants based on diversity jurisdiction, 28 U.S.C. § 1332. The parties all agree, however, that the damages at issue do "not exceed the sum or value of $75,000.00, exclusive of interest and costs." (R. Doc. 24 at 1). Therefore, the parties agree that diversity jurisdiction did not exist at the time of removal and that this case should be remanded back to the 23rd Judicial District Court.

Based on the parties' representations, the Court **RECOMMENDS** that the Joint Motion to Remand (R. Doc. 24) be **GRANTED** and that this cause of action be **remanded** to the 23rd Judicial District Court for all further proceedings.

Signed in Baton Rouge, Louisiana, on July 9, 2021.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**