# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SWAYZER | CIVIL ACTION |
| VERSUS | 19-756-SDD-SDJ |
| WHITE, ET AL. | |

## RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated July 9, 2021, to which no objection was filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the Motion is GRANTED and this cause of action is hereby REMANDED to the 23rd Judicial District Court for all further proceedings.

**IT IS FURTHER ORDERED** that any other pending motions are hereby denied as moot.

Signed in Baton Rouge, Louisiana on July 28, 2021.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 24.
[2] Rec. Doc. 25.

JURY- 23rd JDC